**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Emily Cuneo DeSmedt (031902011)
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGAN FRAZIER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, INC.; and JOHN DOES 1-5 AND 6-10,<br><br>　　　　　Defendants. | Civil Action No.: 3:21-cv-6394<br><br>DOCUMENT ELECTRONICALLY FILED |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amazon.com Services LLC (formerly Amazon.com Services, Inc.) hereby respectfully makes its required Corporate Disclosure Statement. Amazon.com Services LLC is a wholly owned subsidiary of parent company Amazon.com, Inc. Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Dated:  March 23, 2021	Respectfully submitted,

                                              MORGAN, LEWIS & BOCKIUS LLP

*s/Emily Cuneo DeSmedt*
Emily Cuneo DeSmedt
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
emily.desmedt@morganlewis.com

Michael L. Banks (*pro hac vice* forthcoming)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5387
Facsimile: (215) 963-5001
michael.banks@morganlewis.com

Andrea N. Threet (*pro hac vice* forthcoming)
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-5053
Facsimile: (202) 739-3001
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2021, a true and correct copy of the foregoing Corporate Disclosure was served on the party listed below via Federal Express:

Drake P. Bearden, Jr.
Attorney I.D. No. 039202009
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
*Attorney for Plaintiff*

*s/ Emily Cuneo DeSmedt*
Emily Cuneo DeSmedt

DB1/ 120005183.1